IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roland Black, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:18-cv- 6518 |
| | ) |
| v. | ) |
| | ) Judge Steven C. Seeger |
| Officer Priscilla Hernandez, Officer Oscar Zermeno, and the City of Chicago, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STATUS REPORT**

NOW COME the parties, through their undersigned counsel, and submit following joint status report pursuant to this Court's minute entry of May 24, 2024. See ECF Dkt. No. 185.

1. This Court ordered the parties to meet and confer regarding the applicable detention period at issue—whether it be February 4, 2014, or February 5, 2014. ECF Dkt. No. 185.

2. Plaintiff concedes the single day at issue.

3. The parties therefore agree for purposes of the upcoming trial that Plaintiff's detention began on February 5, 2014.

Date: May 31, 2024                    Respectfully submitted,

                                      */s/ Scott A. Cohen*
                                      Scott A. Cohen
                                      *Attorney for Defendants*

Scott A. Cohen
Emily R. Bammel
Cheryl Friedman
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, IL 60602
(312) 744-2568
scott.cohen@cityofchicago.org

        */s/ Stephen Richards*
        Stephen Richards
        *Attorney for Plaintiff*

Michael P. Persoon
Stephen L. Richards
77 W. Washington St., Ste. 711
Chicago, IL 60602
(312) 372-2511
mpersoon@dsgchicago.com