UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROLAND BLACK, ) | |
| ) | Case No. 18 CV 6518 |
| Plaintiff, ) | |
| ) | Judge Steven C. Seeger |
| v. ) | |
| ) | |
| THE CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' FED. R. CIV. P. 50(a) MOTION

Defendants, Priscilla Hernandez, Oscar Zermeno, and the City of Chicago ("Defendants"), through their undersigned counsel, move for judgment as a matter of law, stating as follows:

1. For the reasons to be stated in open court on August 28, 2024, Defendants move for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) following the presentation of the evidence in the trial in this matter.

WHEREFORE, Defendants request this Court grant their motion for judgment as a matter of law and enter judgment in their favor.


Dated: August 27, 2024                     /s/ Scott A. Cohen
                                            Scott A. Cohen
                                            *Attorney for Defendants*

Scott A. Cohen
Tyler D. Michals
Matthew H. Bunn
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, IL 60602
(312) 744-2568
scott.cohen@cityofchicago.org